UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
AMEY COOPER and GREGORY SMITH,

                        Plaintiffs,

      -against-

CITY OF NEW ROCHELLE, DETECTIVE MICHAEL O'ROURKE, individually and in his capacity as a member of the City of New Rochelle Police Department; DETECTIVE JOHN PASTORE, individually and in his capacity as a member of the City of New Rochelle Police Department; POLICE OFFICERS JOHN DOE NUMBERS ONE THROUGH FIVE (fictitious names whose actual names are presently unknown), individually and in their capacity as members of the City of New Rochelle Police Department; POLICE OFFICER JANE DOE (a fictitious name whose actual name is presently unknown), individually and in her capacity as a member of the City of New Rochelle Police Department, and DETECTIVE JOHN DOE, (a fictitious name whose actual name is presently unknown) individually and in his capacity as a member of the City of New Rochelle Police Department,

                        Defendants.
------------------------------------------------------------------------x

**NOTICE OF MOTION**

11 Civ. 00069 (JFM) (LMS)

      **PLEASE TAKE NOTICE** that, upon the annexed Attorney's Declaration of Mark A. Radi and the exhibits annexed thereto; the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment; and upon all pleadings and proceedings heretofore had herein, defendants City of New Rochelle, Michael O'Rourke, and John Pastore will move this Court before the Honorable Lisa Margaret Smith at the United States District Court for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York 10601, on a date to be determined by the Court, for an Order pursuant to Fed. R. Civ. P. 56 granting summary judgment to defendants, together with such other and further relief as this Court deems just, equitable, and proper.

**PLEASE TAKE FURTHER NOTICE,** that answering papers shall be served by June 15, 2012.

**PLEASE TAKE FURTHER NOTICE,** that reply papers, if any, shall be served by June 25, 2012.

Dated: Westbury, New York
       May 17, 2012

                                              SOKOLOFF STERN LLP
                                              Attorneys for Defendants

By: _____
      Brian S. Sokoloff
      Mark A. Radi
      355 Post Avenue, Suite 201
      Westbury, New York 11590
      (516) 334-4500
      Our File No.: 110003

To: REISMAN, RUBEO & McCLURE, LLP
     Attorneys for plaintiffs
     151 Broadway
     Hawthorne, New York 10532
     (914) 495-3050