UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
AMEY COOPER and GREGORY SMITH,

                              Plaintiffs,                    **DECLARATION**

                  -against-                             11 Civ. 00069 (JFM) (LMS)

CITY OF NEW ROCHELLE, DETECTIVE MICHAEL O'ROURKE, individually and in his capacity as a member of the City of New Rochelle Police Department; DETECTIVE JOHN PASTORE, individually and in his capacity as a member of the City of New Rochelle Police Department; POLICE OFFICERS JOHN DOE NUMBERS ONE THROUGH FIVE (fictitious names whose actual names are presently unknown), individually and in their capacity as members of the City of New Rochelle Police Department; POLICE OFFICER JANE DOE (a fictitious name whose actual name is presently unknown), individually and in her capacity as a member of the City of New Rochelle Police Department, and DETECTIVE JOHN DOE, (a fictitious name whose actual name is presently unknown) individually and in his capacity as a member of the City of New Rochelle Police Department,

                              Defendants.
------------------------------------------------------------------------x

      **MARK A. RADI,** an attorney duly admitted to practice law in the State of New York and within this judicial district, declares that the following statements are true and correct under the penalty of perjury:

      1.    I am an associate at the law firm SOKOLOFF STERN LLP, counsel for defendants City of New Rochelle ("the City"), Michael O'Rourke, and John Pastore in this action. I submit this declaration in support of Defendants' motion for summary judgment pursuant to Fed. R. Civ. P. 56.

2

2. The annexed exhibits are relevant to defendants' motion. Each exhibit is a true and accurate copy of what it purports to be.

3. Annexed hereto as Exhibit A is a copy of plaintiffs' complaint, filed on January 5, 2011.

4. Annexed hereto as Exhibit B is a copy of defendants' answer, filed on March 2, 2011.

5. Annexed hereto as Exhibit C is a copy of plaintiff Smith's notice of claim, dated January 29, 2009.

6. Annexed hereto as Exhibit D is a copy of plaintiff Cooper's notice of claim, dated January 29, 2009.

7. Annexed hereto as Exhibit E is a copy of defendants *Requests for Admission*, dated June 14, 2011.

8. Annexed hereto as Exhibit F is a copy of Plaintiffs' Answers to Defendants Requests for Admissions, dated August 31, 2011.

9. Annexed hereto as Exhibit G is a copy of plaintiff Smith's *Fingerprint Response* as of November 12, 2008.

10. Annexed hereto as Exhibit H is a copy of plaintiff Smith's *Westchester Criminal History* as of November 12, 2008.

11. Annexed hereto as Exhibit I is a copy of plaintiff Smith's New York state *Criminal Disposition Information* as of January 25, 2012.

12. Annexed hereto as Exhibit J is a copy of plaintiff Smith's *Violation Information*, dated September 11, 2008.

13. Annexed hereto as Exhibit K is a copy of the transcript of proceedings held on March 11, 2009 in the City of New Rochelle City Court in the criminal action entitled *People of the State of New York v. Gregory Smith*, Docket No. 08-2112.

14. Annexed hereto as Exhibit L is a copy of the transcript of the deposition of plaintiff Gregory Smith, held on March 19, 2012.

15. Annexed hereto as Exhibit M is a copy of the transcript of the deposition of plaintiff Amey Cooper, held on March 20, 2012.

16. Annexed hereto as Exhibit N is a copy of the transcript of the deposition of defendant John Pastore, held on January 12, 2012.

17. Annexed hereto as Exhibit O is a copy of the transcript of the deposition of defendant Michael O'Rourke, held on January 11, 2012.

18. Annexed hereto as Exhibit P is a copy of the *New Rochelle Police Department Personnel Report* for defendant John Pastore as of September 19, 2011.

19. Annexed hereto as Exhibit Q is a copy of the *New Rochelle Police Department Personnel Report* for defendant Michael O'Rourke as of September 19, 2011.

20. Annexed hereto as Exhibit R is a copy of the transcript of the N.Y. General Municipal Law § 50-h examination of plaintiff Gregory Smith, held on March 4, 2010.

21. Annexed hereto as Exhibit S is a copy of the transcript of the N.Y. General Municipal Law § 50-h examination of plaintiff Amey Cooper, held on October 13, 2009.

22. Annexed hereto as Exhibit T is a copy of the *New York State Incident Report*, dated November 1, 2008.

23. Annexed hereto as Exhibit U is a copy of the Westchester County Assistant District Attorney's notes of a conversation with Detective O'Rourke disclosed by the

Westchester County District Attorney's Office pursuant to court-ordered subpoena, dated September 20, 2011.

24. Annexed hereto as Exhibit V is a copy of a New Rochelle Police Department interdepartmental communication from Joseph Schaller to Anthony Murphy, dated December 5, 2008.

25. Annexed hereto as Exhibit W is a copy of the *Notice to Defendant of Intention to Offer Evidence Pursuant to Section 710.30 CPL*, dated November 12, 2008.

26. Annexed hereto as Exhibit X is a copy of the *New Rochelle Police Department Property Invoice Report* for November 1, 2008.

27. Annexed hereto as Exhibit Y is a copy of the *New Rochelle Police Department Event Report* for November 1, 2008.

28. Annexed hereto as Exhibit Z is a copy of the New Rochelle Police Department evidence log for November 1, 2008.

29. Annexed hereto as Exhibit AA is a copy of the *New York State Incident Report* for November 1, 2008.

30. Annexed hereto as Exhibit BB is a copy of the *Notice of Constitutional Rights*, dated November 1, 2008.

31. Annexed hereto as Exhibit CC is a copy of the appearance ticket issued to plaintiff Smith on November 2, 2008.

32. Annexed hereto as Exhibit DD is a copy of plaintiff Smith's bail receipt.

33. Annexed hereto as Exhibit EE are copies of the *Request for Evidence Examination*, dated November 3, 2008 and subsequent *Preliminary Report*, dated November 18, 2008.

34. Annexed hereto as Exhibit FF is a copy of plaintiff Smith's Misdemeanor Information, dated November 12, 2008.

35. Annexed hereto as Exhibit GG is a copy of the transcript of the deposition of non-party witness Gary Robinson, held on January 12, 2012.

36. Annexed hereto as Exhibit HH is a copy of a New Rochelle Police Department interdepartmental communication from Gary Robinson to Patrick Carroll, dated November 17, 2008.

37. Annexed hereto as Exhibit II is a copy of a letter from Gary Robinson to plaintiff Cooper, dated December 15, 2008.

38. Annexed hereto as Exhibit JJ is a copy of a New Rochelle Police Department interdepartmental communication from Gary Robinson to Patrick Carroll, dated November 17, 2008.

39. Annexed hereto as Exhibit KK is a copy of a letter from Gary Robinson to plaintiff Smith, dated November 25, 2008.

40. Annexed hereto as Exhibit LL is a copy of a New Rochelle Police Department interdepartmental communication from Brian Fagan to Captains Gazzola and Schaller, dated November 1, 2008.

41. Annexed hereto as Exhibit MM is a copy of the ambulance call report for November 1, 2008.

42. Annexed hereto as Exhibit NN is a copy of plaintiff Smith's Sound Shore Medical Center records for November 1 through November 2, 2008, which were disclosed by South Shore Medical Center pursuant to a duly executed HIPAA-compliant authorization.

43.     For the reasons set forth in the accompanying memorandum of law, this Court should grant summary judgment to defendants.

**WHEREFORE,** defendants respectfully requests that the Court grant defendants' motion for summary judgment, with costs and such other and further relief as this Court deems, just, proper, and equitable.

Dated: Westbury, New York
       May 17, 2012

SOKOLOFF STERN LLP

_____
MARK A. RADI
355 Post Avenue, Suite 201
Westbury, New York 11590
(516) 334-4500
Our File No. 110003