UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------------X

| | |
|---|---|
| AMEY COOPER and GREGORY SMITH,<br><br>                              Plaintiffs,<br><br>          - against -<br><br>CITY OF NEW ROCHELLE, DETECTIVE MICHAEL O'ROURKE, individually and in his capacity as a member of the City of New Rochelle Police Department; DETECTIVE JOHN PASTORE, individually and in his capacity as a member of the City of New Rochelle Police Department; POLICE OFFICERS JOHN DOE NUMBERS ONE THROUGH FIVE (fictitious names whose actual names are presently unknown), individually and in their capacity as members of the City of New Rochelle Police Department; POLICE OFFICER JANE DOE (a fictitious name whose actual name is presently unknown), individually and in her capacity as a member of the City of New Rochelle Police Department, and DETECTIVE JOHN DOE, (a fictitious name whose actual name is presently unknown) individually and in his capacity as a member of the City of New Rochelle Police Department,<br><br>                              Defendants. | **Docket No.: 11 Civ 00069 (JFM/LMS)**<br><br>**DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**CHRISTOPHER W. McCLURE, ESQ.**, an attorney duly licensed to practice before the State and Federal Courts of the State of New York, does hereby affirm the following, under penalty of perjury:

1.    I am a partner in the law firm of REISMAN, RUBEO & McCLURE, LLP, attorneys for the Plaintiffs, AMEY COOPER and GREGORY SMITH (hereinafter collectively referred to as "Plaintiffs"), in this matter.  This Declaration is made based upon my review of the file maintained by my law firm and my personal knowledge of the proceedings that have taken place in this matter.

2. I respectfully submit this Declaration in opposition to the Motions for Summary Judgment of Defendants CITY OF NEW ROCHELLE (hereafter "NEW ROCHELLE"), DETECTIVE MICHAEL O'ROURKE, individually and in his capacity as a member of the City of New Rochelle Police Department (hereafter "O'ROURKE"); DETECTIVE JOHN PASTORE, individually and in his capacity as a member of the City of New Rochelle Police Department (hereafter "PASTORE"), except that the Plaintiffs consent to the dismissal of the following claims:

    a) any Equal Protection Claims (Point VI in Defendants' Memorandum of Law);

    b) any Sixth Amendment Claims (Point VII in Defendants' Memorandum of Law)

    c) all claims of a conspiracy against all Defendants (Point VIII in Defendants' Memorandum of Law); and

    d) any claims by SMITH of Denial of Medical Treatment (Point IX in Defendants' Memorandum of Law)

3. The Defendants' motions for Summary Judgment must be denied because they have failed to meet their burden of establishing entitlement to judgment as a matter of law on the Plaintiffs' claims.

4. Drawing all reasonable inferences in the Plaintiffs' favor, there is ample evidence in the record that multiple questions of material fact exist for a jury's determination.

5. The Plaintiffs respectfully submit that, as is more fully set forth in Plaintiffs' Memorandum of Law, the Defendants' have failed to meet their burden on their motions, and there exist multiple issues of fact for a jury's determination. As a result, the Defendants' motion for

summary judgment must be denied.

6.      I declare under penalty of perjury that the foregoing is true and correct.

**WHEREFORE**, the Plaintiffs respectfully request that this Court issue an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, denying the Motions for Summary Judgment of all Defendants, together with such other and further relief as the Court deems just and proper.

Dated: Hawthorne, New York
       June 22, 2012

REISMAN, RUBEO & McCLURE, LLP

BY: /s/
_____
CHRISTOPHER W. McCLURE, ESQ. (CM0251)
*Attorneys for Plaintiffs*
151 Broadway
Hawthorne, New York 10532
(914) 495-3050
cmcclure@rrmllp.com